980 F.2d 722
 Dennis (Evetta, Thomas), Williams (Patricia), Smith
(Darlene), Cast (Ruth Ann), Vick (Estella)
v.
Pertec Computer Corp., f/k/a Pertec Corp., Successor to
Computer Machinery Corp., Scan Optics, Inc., Unisys Corp.,
as Successor In Interest to Sperry Rand Corp.; Faulkner
(Carol, Gerald) v. Pertec Computer Corp., f/k/a Pertec
Corp., Successor to Computer Machinery Corp., Unisys Corp.,
as Successor in Interest to Sperry Rand Corp., John Doe 1
Through John Doe 50 ;
 NO. 92-5173
 United States Court of Appeals,
Third Circuit.
 Oct 20, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 VACATED IN PART.